AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

SEAN LAMONT MITCHELL,

    Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:08-cv-00027-LRH-VPC**

STATE OF NEVADA,

    Respondent.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's (#1) Application to proceed in forma pauperis is DENIED without prejudice and that this action is DISMISSED without prejudice.

  January 24, 2008            **LANCE S. WILSON**
                              Clerk

                          /s/ Kalani Lizares
                            Deputy Clerk